ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of --                          )
                                       )
CSE Enterprises, LLC                   )      ASBCA Nos. 60998, 60999
                                       )
Under Contract No. W911S7-14-D-0019    )

APPEARANCE FOR THE APPELLANT:          Mr. Nicholas Barrack
                                       Owner

APPEARANCES FOR THE GOVERNMENT:        Raymond M. Saunders, Esq.
                                       Army Chief Trial Attorney
                                       MAJ Bruce L. Mayeaux, JA
                                       Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 21 March 2017

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60998, 60999, Appeals of CSE Enterprises, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals